**Form 124**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Renee M. Glasgow–Sivic**
**aka Renee M. Glasgow, aka Renee M. Sivic**
   Debtor(s)

Bankruptcy Case No.: 19–20374–GLT

Chapter: 7

## NOTICE RE: REPORT OF DEBTOR AUDIT

     In accordance with *28 U.S.C. § 586(f)(1),* the United States Trustee contracted for an audit to be performed of the petition, schedules and other information filed and/or provided by the Debtor(s) in this case.

     **NOTICE IS HEREBY GIVEN** that the audit firm has reported one or more material misstatements concerning the income, expenditures and/or assets of the Debtor(s). ***The Report is not a legal determination, and the legal effect of the auditors finding of material misstatement is a question for the Court.*** The *Report of Debtor Audit* has been filed with the Court and is available for review by parties in interest.

Dated: May 20, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Renee M. Glasgow-Sivic
    Debtor

Case No. 19-20374-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2      Date Rcvd: May 20, 2019
                       Form ID: 124      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.

```
db         +Renee M. Glasgow-Sivic,   623 Cedar Street,   Irwin, PA 15642-3603
cr         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
            Pittsburgh, PA 15233-1828
14986013   +AR Building Company,   PO Box 828,   Mars, PA 16046-0828
14986010   +Aes/jp Morgan Chase,   Pob 61047,   Harrisburg, PA 17106-1047
14986011   +Aes/jp Morgan Chase,   Attn: Bankruptcy Dept,   Po Box 2461,   Harrisburg, PA 17105-2461
14986018   +Citizens Bank,   480 Jefferson Blvd,   Warwick, RI 02886-1359
14986019   +Citizens Bank,   Attention: ROP-15B,   1 Citizens Drive,   Riverside, RI 02915-3035
14986030   +Martin J. Sivic,   512 Locust Street,   Irwin, PA 15642-3724
14986033   +Maureen Kroll, Esquire,   Norwins Hills Office Park, Suite 205,   8981 Norwin Avenue,
            Irwin, PA 15642-2746
14986036    Peoples Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
14986037   +Pressler, Flet & Warshaw, LLP,   7 Entin Rd.,   Parsippany, NJ 07054-5020
14986039   +Select Portfolio Servicing, Inc,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
14986041   +US Deptartment of Education/Great Lakes,   2401 International Lane,   Madison, WI 53704-3121
14986043   +US Deptartment of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
            Madison, WI 53707-7860
14986045   +Westmoreland Hospital,   532 West Pittsburgh Street,   Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14986012   +E-mail/Text: ally@ebn.phinsolutions.com May 21 2019 02:05:31    Ally Financial,
            P.o. Box 380901,   Bloomington, MN 55438-0901
14986014   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2019 02:09:50     Capital One,
            Po Box 30281,   Salt Lake City, UT 84130-0281
14986016   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2019 02:09:32     Capital One,
            Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14986020   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2019 02:05:51     Comenity Bank/Buckle,
            Po Box 182789,   Columbus, OH 43218-2789
14986021   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2019 02:05:51     Comenity Bank/Buckle,
            Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14986023   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2019 02:05:51     Comenitybank/venus,
            Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14986022   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2019 02:05:51     Comenitybank/venus,
            Po Box 182789,   Columbus, OH 43218-2789
14986025   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2019 02:05:52     Comenitycapital/biglot,
            Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14986024   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2019 02:05:52     Comenitycapital/biglot,
            Po Box 182120,   Columbus, OH 43218-2120
14986026    E-mail/Text: Bankruptcy.Consumer@dish.com May 21 2019 02:06:07     Dish Network,   Dept. 0063,
            Palatine, IL 60055-0063
14986029   +E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2019 02:09:18
            LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
            Greenville, SC 29603-0497
14986028   +E-mail/Text: resurgentbknotifications@resurgent.com May 21 2019 02:09:54
            LVNV Funding/Resurgent Capital,   Po Box 1269,   Greenville, SC 29602-1269
14986027   +E-mail/Text: bk@lendingclub.com May 21 2019 02:06:25     LendingClub,
            71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
14986034   +E-mail/Text: bkr@cardworks.com May 21 2019 02:05:21     Merrick Bank/CardWorks,   Po Box 9201,
            Old Bethpage, NY 11804-9001
14987017   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 02:09:52
            PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14986035   +E-mail/Text: blegal@phfa.org May 21 2019 02:06:12    Pa Housing Finance Age,
            2101 N. Front Street,   Harrisburg, PA 17110-1086
14986038    E-mail/Text: RSSNBankruptcy@repsrv.com May 21 2019 02:06:05     Republic Services,
            c/o Coast to Coast Financial Solutions,   PO Box 2086,   Thousand Oaks, CA 91358-2086
14986040   +E-mail/Text: jennifer.chacon@spservicing.com May 21 2019 02:06:45
            Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   Po Box 65250,
            Salt Lake City, UT 84165-0250
                                                                                       TOTAL: 18
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          U.S. Bank, N.A., successor trustee to LaSalle Bank
cr*        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14986015*  +Capital One,   Po Box 30281,   Salt Lake City, UT 84130-0281
14986017*  +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14986031*  +Martin J. Sivic,   512 Locust Street,   Irwin, PA 15642-3724
14986032*  +Martin J. Sivic,   512 Locust Street,   Irwin, PA 15642-3724
14986044*  +US Deptartment of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
            Madison, WI 53707-7860
14986042*  +US Deptartment of Education/Great Lakes,   2401 International Lane,   Madison, WI 53704-3121
                                                                          TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: culy               Page 2 of 2           Date Rcvd: May 20, 2019
                              Form ID: 124             Total Noticed: 33
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
          Abagale E. Steidl    on behalf of Debtor Renee M. Glasgow-Sivic asteidl@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
          ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          James  Warmbrodt    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
          2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com
          Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
          mmh@nsslawfirm.com;pa73@ecfcbis.com
          Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;pa73@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                         TOTAL: 6
```