**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Renee M. Glasgow-Sivic** | Social Security number or ITIN **xxx-xx-3168** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **19-20374-GLT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Renee M. Glasgow-Sivic
aka Renee M. Glasgow, aka Renee M. Sivic

7/1/19

**By the court:**   Gregory L. Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20374-GLT
Renee M. Glasgow-Sivic                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut           Page 1 of 2           Date Rcvd: Jul 01, 2019
                       Form ID: 318          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
```
db          +Renee M. Glasgow-Sivic,    623 Cedar Street,    Irwin, PA 15642-3603
tr          +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
              Ebensburg, PA 15931-0270
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14986013    +AR Building Company,    PO Box 828,    Mars, PA 16046-0828
14986011    +Aes/jp Morgan Chase,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14986010    +Aes/jp Morgan Chase,    Pob 61047,    Harrisburg, PA 17106-1047
14986018    +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14986019    +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14986030    +Martin J. Sivic,    512 Locust Street,    Irwin, PA 15642-3724
14986033    +Maureen Kroll, Esquire,    Norwins Hills Office Park, Suite 205,    8981 Norwin Avenue,
              Irwin, PA 15642-2746
14986036     Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14986037     Pressler, Flet & Warshaw, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
14986039    +Select Portfolio Servicing, Inc,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14986041    +US Deptartment of Education/Great Lakes,    2401 International Lane,    Madison, WI 53704-3121
14986043    +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
              Madison, WI 53707-7860
14986045    +Westmoreland Hospital,    532 West Pittsburgh Street,    Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2019 03:40:55      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14986012    +EDI: GMACFS.COM Jul 02 2019 07:18:00      Ally Financial,    P.o. Box 380901,
              Bloomington, MN 55438-0901
14986014    +EDI: CAPITALONE.COM Jul 02 2019 07:19:00      Capital One,    Po Box 30281,
              Salt Lake City, UT 84130-0281
14986016    +EDI: CAPITALONE.COM Jul 02 2019 07:19:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
14986020    +EDI: WFNNB.COM Jul 02 2019 07:18:00      Comenity Bank/Buckle,    Po Box 182789,
              Columbus, OH 43218-2789
14986021    +EDI: WFNNB.COM Jul 02 2019 07:18:00      Comenity Bank/Buckle,    Attn: Bankruptcy,
              Po Box 182125,    Columbus, OH 43218-2125
14986023    +EDI: WFNNB.COM Jul 02 2019 07:18:00      Comenitybank/venus,    Attn: Bankruptcy Dept,
              Po Box 182125,    Columbus, OH 43218-2125
14986022    +EDI: WFNNB.COM Jul 02 2019 07:18:00      Comenitybank/venus,    Po Box 182789,
              Columbus, OH 43218-2789
14986025    +EDI: WFNNB.COM Jul 02 2019 07:18:00      Comenitycapital/biglot,    Attn: Bankruptcy Dept,
              Po Box 182125,    Columbus, OH 43218-2125
14986024    +EDI: WFNNB.COM Jul 02 2019 07:18:00      Comenitycapital/biglot,    Po Box 182120,
              Columbus, OH 43218-2120
14986026     EDI: ESSL.COM Jul 02 2019 07:18:00      Dish Network,    Dept. 0063,    Palatine, IL 60055-0063
14986029    +EDI: RESURGENT.COM Jul 02 2019 07:19:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
              Po Box 10497,    Greenville, SC 29603-0497
14986028    +EDI: RESURGENT.COM Jul 02 2019 07:19:00      LVNV Funding/Resurgent Capital,    Po Box 1269,
              Greenville, SC 29602-1269
14986027    +E-mail/Text: bk@lendingclub.com Jul 02 2019 03:41:23      LendingClub,
              71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
14986034    +EDI: MERRICKBANK.COM Jul 02 2019 07:18:00      Merrick Bank/CardWorks,    Po Box 9201,
              Old Bethpage, NY 11804-9001
14987017    +EDI: PRA.COM Jul 02 2019 07:18:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14986035    +E-mail/Text: blegal@phfa.org Jul 02 2019 03:41:04      Pa Housing Finance Age,
              2101 N. Front Street,    Harrisburg, PA 17110-1086
14986038     E-mail/Text: RSSNBankruptcy@repsrv.com Jul 02 2019 03:40:57      Republic Services,
              c/o Coast to Coast Financial Solutions,    PO Box 2086,    Thousand Oaks, CA 91358-2086
14986040    +E-mail/Text: jennifer.chacon@spservicing.com Jul 02 2019 03:41:48
              Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
              Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank, N.A., successor trustee to LaSalle Bank
aty*        +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
              Ebensburg, PA 15931-0270
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14986015*   +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
14986017*   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14986031*   +Martin J. Sivic,    512 Locust Street,    Irwin, PA 15642-3724
14986032*   +Martin J. Sivic,    512 Locust Street,    Irwin, PA 15642-3724
14986044*   +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
              Madison, WI 53707-7860
```

```
District/off: 0315-2           User: mgut                 Page 2 of 2           Date Rcvd: Jul 01, 2019
                               Form ID: 318               Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****
14986042*       +US Deptartment of Education/Great Lakes,    2401 International Lane,    Madison, WI 53704-3121
                                                                                             TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Renee M. Glasgow-Sivic asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James Warmbrodt     on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, PA73@ecfcbis.com
              Lisa M. Swope     lms@nsslawfirm.com, PA73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```